ACCEPTED
06-17-00121-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/9/2018 4:53 PM
DEBBIE AUTREY
CLERK

**IN THE COURT OF APPEALS**
**FOR THE 6ᵀᴴ DISTRICT, AT TEXARKANA, TEXAS**
**CAUSE NUMBER 06-17-00121-CV**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/9/2018 4:53:29 PM
DEBBIE AUTREY
Clerk

**ISABEL A. CORTES & JOHNNY FERNANDES, APPELLANTS**

**V.**

**SHARON WENDL as Attorney in Fact and a/n/f for ADA EDNA HARDY,**
**APPELLEES**

**DOCKETING STATEMENT**

Pursuant to Texas Rule of Appellate Procedure 32.1, Appellants Isabel A. Cortes and Johnny Fernandes file this Docketing Statement and would show the Court:

1.  Appellants are Isabel A. Cortes and Johnny Fernandes.

2.  Counsel for Appellants is Robert Winful II, Esq., The Winful Law Firm, P.L.L.C., 8035 EAST R.L. THORNTON FREEWAY, SUITE 530, DALLAS, TX 75228, Telephone: (214) 501-5449, Fax: (214) 501-0578, Email Address: robert@thewinfulfirm.com, State Bar of Texas ID number 24079593.

3.  The Notice of Appeal in this case was filed on December 14ᵗʰ, 2017 in the trial court.

4.  This case was tried in the 4ᵀᴴ Judicial District Court of Rusk County, Texas, before the Honorable Judge J. Clay Gossett, Judge. The judgment of the trial court was signed on October 10ᵗʰ, 2017.

5.   A Motion for New Trial was filed in the trial court on November 9th, 2017.

6.   A Notice Of Past Due Findings of Fact & Conclusions of Law was filed in the trial court on November 9th, 2017.

7.   The names, addresses and telephone numbers of the other parties are as follows:

> David Hill
> Attorney for Ada Edna Hardy
> David Hill, Attorney At Law
> EMAIL: dh@davidhillfirm.com
> 605 S. Main, Ste. 202
> Henderson, Texas 75654
> TEL: (903) 657-4100
> FAX: (903) 657-5400

8.   This case is an action to set aside a certain Mineral Deed and for damages based on Defendants' alleged Conversion of a certain sum of money allegedly rightfully owned by Plaintiffs but which Mineral Deed and monies were allegedly procured by Defendants through Fraud, Undue Influence and Coercion.

9.   This appeal can be given priority.

10.   Appellant has requested a reporter's record pursuant to T.R.A.P. 34.6. The trial was electronically recorded.

11.   The court recorder who reported this case is Terri Boling.

12.   Appellant will not be seeking temporary or ancillary relief from this Court while this appeal is pending.

13.   A Statement of Inability to Afford Payment of Court Costs pursuant to

T.R.A.P. 20.1 was not filed in this case.

14.     Appellant, if allowed, can file a supersedeas bond in this case.

Respectfully submitted,

THE WINFUL LAW FIRM, P.L.L.C.

By:   _____

Robert Winful II, Esq.
State Bar ID Number: 24079593
Email: robert@thewinfulfirm.com
8035 EAST R.L. THORNTON
FREEWAY, SUITE 530
DALLAS, TX 75228
Telephone: (214) 501-5449
Facsimile: (214) 501-0578

Attorney for Appellants

## CERTIFICATE OF SERVICE

I certify that on January 8, 2018 a true and correct copy of Appellants' Docketing Statement was served to each person listed below by the method indicated.

Robert Winful II, Esq.

David Hill
Attorney for Ada Edna Hardy
David Hill, Attorney At Law
605 S. Main, Ste. 202
Henderson, Texas 75654
TEL: (903) 657-4100
FAX: (903) 657-5400
dh@davidhillfirm.com
Electronically through the Electronic Filing Manager